IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mays, Marshall | Case Number: 07 B 08950 |
|---|---|---|
|  | Mays, Shelia Lynn | Judge: Squires, John H |
|  | Printed: 3/11/08 | Filed: 5/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 30, 2008
Confirmed: July 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,435.00 |  |
| Secured: |  | 7,033.51 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 401.49 |
| Other Funds: |  | 0.00 |
| Totals: | 7,435.00 | 7,435.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,450.00 | 0.00 |
| 2. | Household Financial Corporation | Secured | 9,024.00 | 3,981.51 |
| 3. | Long Beach Acceptance Corp | Secured | 26,147.94 | 1,700.00 |
| 4. | American General Finance | Secured | 1,041.30 | 0.00 |
| 5. | Chase Bank | Secured | 449.17 | 42.00 |
| 6. | Nissan Motor Acceptance Corporation | Secured | 21,067.89 | 1,310.00 |
| 7. | City Of Chicago | Secured | 501.65 | 0.00 |
| 8. | Household Financial Corporation | Secured | 3,406.72 | 0.00 |
| 9. | Internal Revenue Service | Priority | 16,376.58 | 0.00 |
| 10. | Cavalry Portfolio/Collection | Unsecured | 2,311.09 | 0.00 |
| 11. | Capital One | Unsecured | 1,282.10 | 0.00 |
| 12. | Capital One | Unsecured | 1,664.79 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 992.03 | 0.00 |
| 14. | Nationwide Acceptance Corp | Unsecured | 3,887.56 | 0.00 |
| 15. | T Mobile USA | Unsecured | 522.15 | 0.00 |
| 16. | Nissan Motor Acceptance Corporation | Unsecured | 1,046.35 | 0.00 |
| 17. | Illinois State University | Unsecured | 5,951.24 | 0.00 |
| 18. | Chase Bank | Unsecured | 1,113.93 | 0.00 |
| 19. | Internal Revenue Service | Unsecured | 23,954.72 | 0.00 |
| 20. | City Of Chicago | Unsecured | 166.09 | 0.00 |
| 21. | Portfolio Recovery Associates | Unsecured | 5,808.51 | 0.00 |
| 22. | Resurgent Capital Services | Unsecured | 592.08 | 0.00 |
| 23. | Trinity Hospital | Unsecured | 2,325.84 | 0.00 |
| 24. | OSI Collection Svc Inc | Unsecured | 1,037.07 | 0.00 |
| 25. | American General Finance | Unsecured | 1,375.95 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| **IN RE:** Mays, Marshall | | Case Number: 07 B 08950 | |
| Mays, Shelia Lynn | | Judge: Squires, John H | |
| Printed: 3/11/08 | | Filed: 5/16/07 | |

| # | Creditor | Type | Amount | Paid |
|---|---|---|---|---|
| 26. | ECast Settlement Corp | Unsecured | 759.82 | 0.00 |
| 27. | Jefferson Capital | Unsecured | 909.01 | 0.00 |
| 28. | ECast Settlement Corp | Unsecured | 1,443.06 | 0.00 |
| 29. | ECast Settlement Corp | Unsecured | 13,520.30 | 0.00 |
| 30. | ECast Settlement Corp | Unsecured | 308.24 | 0.00 |
| 31. | ECast Settlement Corp | Unsecured | 204.04 | 0.00 |
| 32. | First Premier | Unsecured | | No Claim Filed |
| 33. | AT&T | Unsecured | | No Claim Filed |
| 34. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 35. | Chicago Imaging Ltd | Unsecured | | No Claim Filed |
| 36. | Direct Loan Servicer | Unsecured | | No Claim Filed |
| 37. | Emergency Room Physician | Unsecured | | No Claim Filed |
| 38. | Payday Loan | Unsecured | | No Claim Filed |
| 39. | Evergreen Medical Specialist | Unsecured | | No Claim Filed |
| 40. | Cottage Emergency Physicians | Unsecured | | No Claim Filed |
| 41. | Emerge | Unsecured | | No Claim Filed |
| 42. | Family Dental Care Center | Unsecured | | No Claim Filed |
| 43. | HSBC Auto Finance | Unsecured | | No Claim Filed |
| 44. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 45. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 46. | Preferred Open MRI | Unsecured | | No Claim Filed |
| 47. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 48. | Mt Sinai Hospital | Unsecured | | No Claim Filed |
| 49. | Friedell Clinic | Unsecured | | No Claim Filed |
| 50. | Nonesh Upadhyay MD | Unsecured | | No Claim Filed |
| 51. | Sinai Health System | Unsecured | | No Claim Filed |
| 52. | South Shore Hospital | Unsecured | | No Claim Filed |
| 53. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 54. | South Shore Radiologyus Dept | Unsecured | | No Claim Filed |
| 55. | Windy City Emergency Physicians | Unsecured | | No Claim Filed |
| 56. | Trinity Hospital | Unsecured | | No Claim Filed |
| 57. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| 58. | Sprint | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 150,641.22 | $ 7,033.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 401.49 |
| | _____ |
| | $ 401.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mays, Marshall<br>Mays, Shelia Lynn<br>Printed:  3/11/08 | Case Number:  07 B 08950<br>Judge:  Squires, John H<br>Filed:  5/16/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

